PENN *vs.* WEBBER.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

There was no question of law in this case, and the verdict and judgment being, in the opinion of both courts, supported by evidence, the judgment was affirmed with costs.

This is an action to recover a balance of one thousand five hundred dollars, due on a quantity of lumber and timber, consigned to the defendant for sale. An account was annexed to the petition.

Some letters from the defendant to the plaintiff, admitted sales of part of the consignment, and authorized the latter to draw for six hundred dollars, which he did, and the draft was protested for non-payment.

Testimony was taken on commission and read at the trial, and the contest was about the amount due from the defendant, and the sufficiency of the testimony to establish the plaintiff's demand. Judgment was rendered in his favor for nine hundred and two dollars and eighteen cents, from which the defendant appealed.

*Hennen,* for the plaintiff.

*Lockett, contra,* insisted on the insufficiency of the evidence to sustain the plaintiff's claim, and that the judgment should be reversed.

*Martin J.,* delivered the opinion of the court.

The plaintiff claims a balance in the hands of the defendant, resulting from the sale of several parcels of lumber consigned to him. The general issue was pleaded; there was a verdict and judgment for the plaintiff, and the defendant appealed, having made an unsuccessful attempt to obtain a new trial. His counsel has raised no question of law in

EASTERN DIST. either court, and his hopes for success, rests on an allegation
April, 1838. of the insufficiency of the evidence to support the verdict.
PRITCHARD The district judge has declared himself satisfied with it, and
*vs.* on a close examination of the evidence, nothing appears to us
M'KINSTRY that may authorize our interference.
ET AL.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs.